UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ALEXANDRIA ORMES, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Civil Action No. 3:21-cv-00629 |
| v. | ) ) | District Judge William L. Campbell, Jr. |
| ARROW EXTERMINATORS, INC., | ) ) | Magistrate Judge Alistair Newbern |
| Defendant. | ) | |

## JOINT CASE RESOLUTION STATUS REPORT

Pursuant to the Court's Initial Case Management Order, ECF Doc. 13, the Parties report they have engaged in discovery and communications regarding alleged damages and have had an initial conversation regarding settlement of this case. The parties agree that additional discovery responses, due in less than three weeks, will assist in facilitating more substantive settlement negotiations. The parties are also agreeable to scheduling mediation in August or September of 2022, and will advise the Court when such mediation has been scheduled.

Dated: February 23, 2022.

s/ J. Scott Hudson
J. Scott Hudson, Esquire
shudson@zkslawfirm.com
Ava M. Sigman, Esquire
asigman@zkslawfirm.com
ZIMMERMAN KISER & SUTCLIFFE, P.A.
315 East Robinson Street, Suite 600
Orlando, Florida 32801
(407)425-7010 (telephone)
(407)425-2747 (facsimile)
*Pro Hac Vice Counsel for Defendant*

s/ Robert F. Chapski
Robert F. Chapski, TN BPR No. 022043

1

rchapski@lawisthomason.com
Lewis Thomason, P.C.
424 Church Street
Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366 (telephone)
(615) 259-1389 (fax)
*Local Counsel for Defendant*

 /s/ Mathew R. Zenner (w/permission)
Mathew R. Zenner, BPR No. 018969
ZENNER LAW, PLLC
320 Seven Springs Way, Suite 250
Brentwood, Tennessee 37207
(615) 425-3476
mrzennerlaw@gmail.com
*Counsel for Plaintiff*


## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2022, a copy of the foregoing Joint Case Status Resolution Report was filed electronically. Notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system:

> Matthew R. Zenner, Esquire
> ZENNER LAW, PLLC
> 320 Seven Springs Way, Suite 250
> Brentwood, TN  37027
> (615) 425-3476 (telephone)
> mrzennerlaw@gmail.com

Dated February 23, 2022.

*s/ J. Scott Hudson*
J. Scott Hudson, Esquire

2